```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 02742
   WANDA DAVIS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4627

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/07/2008 and was confirmed 04/03/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
MIDLAND CREDIT MANAGEMEN UNSECURED             418.24          .00            .00
CAPITAL ONE              UNSECURED             709.62          .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED             997.28          .00            .00
ASSET ACCEPTANCE CORP    UNSECURED            1329.07          .00            .00
ASSET ACCEPTANCE CORP    UNSECURED             846.83          .00            .00
DEBT RECOVERY SOLUTION   UNSECURED             179.93          .00            .00
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED            .00            .00
WASHINGTON MUTUAL BANK   CURRENT MORTG         .00             .00            .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE        6236.43          .00            .00
ALLIED INTERSTATE        UNSECURED         NOT FILED           .00            .00
CAPITAL ONE              UNSECURED         NOT FILED           .00            .00
COLUMBUS BANK & TRUST    UNSECURED         NOT FILED           .00            .00
CREDIT COLLECTION SERVIC UNSECURED         NOT FILED           .00            .00
ECAST SETTLEMENT         UNSECURED             698.42          .00            .00
PREMIER BANKCARD         UNSECURED             540.72          .00            .00
PREMIER BANKCARD         UNSECURED             519.46          .00            .00
PORTFOLIO RECOVERY       UNSECURED             842.35          .00            .00
ECAST SETTLEMENT CORP    UNSECURED             650.88          .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY          2,693.00                     1,350.28
TOM VAUGHN               TRUSTEE                                             117.41
DEBTOR REFUND            REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            1,467.69

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                1,350.28

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 02742 WANDA DAVIS
```

```
TRUSTEE COMPENSATION                                              117.41
DEBTOR REFUND                                                        .00
                                        ----------------   ----------------
TOTALS                                          1,467.69           1,467.69
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                     /s/ Tom Vaughn
   Dated: 02/25/09                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```

                              PAGE   2
           CASE NO. 08 B 02742 WANDA DAVIS